**United States District Court**
**District of Connecticut**

**Keith Massimino**,
*Plaintiff*,

21-cv-1132
October 26, 2021

*v.*

**Matthew Benoit** and **Frank Laone**,
*Defendants*.

## Notice of Appearance

I am admitted to this Court and appear for Plaintiff Keith Massimino in this case.

   /s/ Elana Bildner
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8475
ebildner@acluct.org

1