UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH MASSIMINO<br>　　Plaintiff | : | NO: 3:21-cv-01132 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MATTHEW BENOIT AND<br>FRANK LAONE<br>　　Defendants | :<br>:<br>: | MARCH 9, 2022 |

### JOINT STATUS REPORT OF THE PARTIES

Pursuant to the Court's Case Management Plan, Doc. #24, the parties file this Joint Status Report as follows:

**A.   STATE OF THE CASE**

This matter is in the discovery phase with a current deadline of completion for March 17, 2022. The parties have exchanged initial disclosures, and Mr. Massimino has pursued third-party discovery against the defendants' employer as well as the Waterbury state's attorney's office.  Given the current state of negotiations with the Waterbury state's attorney's office over its interposition of purely state law objections to production, Mr. Massimino believes that a motion for contempt is likely.  Depositions of the Defendant officers are scheduled for March 15, 2022.  No experts retained or specifically employed to provide expert testimony in the case have been disclosed.

Pending before the Court is the Defendants' Motion to Dismiss, dated October 7, 2021, Doc. #19.  A status conference is scheduled for April 14, 2022, thirty (30) days after a pre-filing conference request to file a Motion for Summary Judgment which is scheduled for March 15, 2022.  Both Mr. Massimino the Defendants, Frank Laone and Matthew

1

Benoit plan to file a pre-filing conference request prior to March 15, 2022, as both plaintiff and defendants plan to move for summary judgment.  The Defendants filed a Motion for Modification of deadlines, Doc. #26 seeking an extension of the current deadlines. It is their position that depending on how the Court rules on the Motion to Dismiss controls their seeking to file a Motion for Summary Judgment as well as whether additional discovery will be necessary.  Mr. Massimino's position is that the Court need not devote its scarce time to ruling on the motion to dismiss, given that discovery is nearly closed without the defendants having taken any, and, that the defendants will be free —and can be expected—to phrase the same arguments in the coming cross-motions for summary judgment that they did in their motion to dismiss, without any prejudice to them.

      The Plaintiff objects to the Defendants' Motion but agrees to a sixty (60) day extension of the discovery deadline to May 17, 2022 and to June 17, 2022 for the filing of any dispositive motions.

**B.**     **SETTLEMENT**

The parties are not interested in a referral for a settlement conference at this time.

**C.**     **TRIAL**

Defense counsel does not consent to a trial before a Magistrate Judge.

**D.**     **ESTIMATED LENGTH OF TRIAL**

Trial, including jury selection should take 3-4 days.

| | |
|---|---|
| /s/ Dan Barrett | DEFENDANTS, |
| Dan Barrett (# 29816) | MATTHEW BENOIT AND FRANK LAONE |
| Elana Bildner (#30379) | BY:   ___/s/ ct05394_____ |
| ACLU Foundation of Connecticut | Joseph A. Mengacci, Special Counsel |
| 765 Asylum Avenue | Federal Bar Number: ct05394 |
| Hartford, CT | Office of Corporation Counsel |
| 06105 | 235 Grand Street, 3rd Floor Waterbury, |
| (860) 471-8471 | Connecticut 06702 |
| e-filings@acluct.org | Phone: (203) 574-6731 |
| *Counsel for Keith Massimino* | Fax: (203) 574-8340 |
| | jmengacci@waterburyct.org |