## United States District Court
## District of Connecticut

**Keith Massimino**,
*Plaintiff*

*v.*

**Matthew Benoit** and **Frank Laone**,
*Defendants.*

No. 21-cv-1132

April 18, 2022

## Motion for Pre-Filing Conference

In accordance with the Court's scheduling order [ECF # 28] and chambers preferences, plaintiff Keith Massimino requests that the Court convene a pre-filing conference for his forthcoming motion for summary judgment. Mr. Massimino intends to file for judgment on all counts of his complaint.

    /s/ Dan Barrett
Dan Barrett (# 29816)
Elana Bildner (# 30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

*Counsel for Mr. Massimino*