Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____   RPTR/ECRO/TAPE C. Zayas (Reporter)

TOTAL TIME: 0 hours 47 minutes

DATE: 4/14/2022   START TIME: 2:01pm   END TIME: 2:48pm

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:21-cv-01132-RNC

Massimino                                                    Dan Barrett
                                                             Plaintiff's Counsel
        vs
Benoit et al                                                 Joseph A. Mengacci
                                                             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing TSC

☑ ..... #19    Motion to Dismiss _____ ☐ granted ☐ denied ☑ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ Hearing continued until _____ at _____

Notes: The Court stated that it would rule on the motion shortly, in light of the imminent closing of discovery and possible MSJs. It plans to hold another TSC soon.