United States District Court
District of Connecticut

**Keith Massimino**,
*Plaintiff*

*v.*

**Matthew Benoit** and **Frank Laone**,
*Defendants*.

No. 21-cv-1132

April 30, 2023

### Plaintiff's Motion for Leave to File Supplemental Authority

In this First and Fourth Amendment litigation, the parties' cross-motions for summary judgment have been ripe for decision since July 2022. During that time, the Second Circuit has issued a decision instructive to Count 3 of Mr. Massimino's complaint [ECF # 1]. In that count, Mr. Massimino alleges that defendant Matthew Benoit maliciously prosecuted him for interfering with the police, Conn. Gen. Stat. § 53a-167a, based solely on Mr. Massimino's polite declination to identify himself.

In *Friend v. Gasparino*, the Court of Appeals vacated summary judgment in favor of a police defendant who initiated a § 53a-167a prosecution of the plaintiff for silently holding a sign on the roadside. 61 F.4th 77, 82-3 (2d Cir. 2023) (attached as Exhibit 1). The Court's explication of § 53a-167a's limitations—particularly where, as here, a police defendant admits lacking probable cause for any other offense—is instructive to the outcome of the parties' cross-motions in this dispute. *See id.* at 85-87. Because *Friend* had not been decided at the time of the parties' briefing, Mr. Massimino seeks leave to file the decision now as supplemental authority.

                /s/ Dan Barrett
                Dan Barrett (# 29816)
                Elana Bildner (# 30379)
                ACLU Foundation of Connecticut
                765 Asylum Avenue
                Hartford, CT 06105
                (860) 471-8471
                e-filings@acluct.org