# United States District Court
## District of Connecticut

**Keith Massimino**,
*Plaintiff*

*v.*

**Matthew Benoit** and **Frank Laone**,
*Defendants*.

No. 21-cv-1132

January 29, 2025

## Motion for Decision

The defendants to this Section 1983 civil rights action arrested plaintiff Keith Massimino six years and two months ago. Two years and six months ago, the parties' cross-motions for summary judgment [ECF ## 38, 40] were fully briefed, and the Court heard oral argument on those motions eleven months ago. At that argument—and in their papers—the parties agreed that there are no material facts in dispute, and so, a decision on them would fully resolve all claims in the litigation. Seeking the "just, speedy, and inexpensive determination of" his claims, Fed. R. Civ. P. 1, Mr. Massimino now very respectfully asks that the Court rule on the cross-motions for summary judgment.

   /s/ Dan Barrett   
Dan Barrett
Jaclyn Blickley
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org